

# THE THIRTEENTH COURT OF APPEALS

13-13-00621-CR

Gerardo Cano
v.
The State of Texas

On Appeal from the
390th District Court of Travis County, Texas
Trial Cause Nos. D-1-DC-13-202481

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered these causes on

appeal, concludes the appeals should be dismissed. The Court orders these appeals

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

January 23, 2014